IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERIPRIDE SERVS., INC.,

    Plaintiff,

v.     Case No. 13-cv-0960 WPL/SMV

LEPRINO FOODS CO.,

    Defendant.

### ORDER VACATING SETTLEMENT CONFERENCE AND DIRECTING THE PARTIES TO FILE CLOSING DOCUMENTS

THIS MATTER is before the Court on telephonic notice by defense counsel on April 14, 2014, that the parties have settled the case.

**IT IS THEREFORE ORDERED** that the Court's Order Setting Settlement Conference [Doc. 24] is **VACATED**.

**IT IS FURTHER ORDERED** that closing documents be filed no later than **May 15, 2014,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**